**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| James Rutherford, | CASE NUMBER: |
| | 5:18-cv-00214-DMG-SP |
| v.                          Plaintiff(s) | |
| Subway No. 3542-0, et al., | **NOTICE OF MEDIATION DATE** |
| Defendant(s). | |

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for <u>May 16, 2018</u>            at <u>1:45</u>      ☐ a.m. / ☑ p.m.

**LOCATION:** <u>Room 9031, U.S. District Court, 411 W. Fourth Street, Santa Ana, CA 92701</u>

> **The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.**

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

**Dated:** <u>April 24, 2018</u>

| | |
|---|---|
| **Panel Mediator:** | Gail Killefer |
| **Address:** | ADR Program, U.S. District Court |
| | 350 W. 1st Street |
| | Los Angeles, CA 90012 |
| **Phone:** | (213) 894-2993 |